

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00086-CV

**IN THE INTEREST OF Y.G.B.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00166
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED June 4, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice